UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

RICKEY A. JUDE,

                    Defendant.

No.   13-MC-5019 BHS-KLS

ORDER ADOPTING REPORT AND
RECOMMENDATION

This matter having come before the Court on the Report and Recommendation of

Magistrate Judge Karen L. Strombom (ECF 6) recommending that the motion of the Petitioner to

have its Petition to Enforce Internal Revenue Service summons withdrawn and the case

dismissed (ECF 5) be GRANTED.  It is therefore ORDERED

        (1) The Court ADOPTS the Report and Recommendation.

        (2) The United States' Withdrawal of Petition to Enforce Internal Revenue Service

            summons is GRANTED.

        (3) This case is hereby DISMISSED.

        DATED this 27th day of June, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER ADOPTING REPORT
AND RECOMMENDATION